1
2
3
4
5
6
7
8
9       UNITED STATES DISTRICT COURT
10    FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
12  | WENTENG ZHANG,                              | No. 8:24-cv-02278-MWC-KES
13  |     Plaintiff,                              |
14  |        v.                                   | **ORDER APPROVING STIPULATION TO REMAND CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (DKT. 13)**
15  | UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES (USCIS), |
16  |     Defendant.                              | **JS-6**

1  The Court has considered the parties' Stipulation for Order Remanding Case to United States Citizenship and Immigration Services. With good cause showing, IT IS HEREBY ORDERED:

1. Plaintiff Wenteng Zhang's application for naturalization is REMANDED for adjudication to United States Citizenship and Immigration Services ("USCIS"). USCIS shall take any and all necessary actions to adjudicate Plaintiff's N-400 Application for Naturalization and issue a decision within 120 days after entry of this order of remand.

2. For purposes of this order, this time frame is limited to the decision by USCIS on Plaintiff's application for naturalization, and it does not include any decision by USCIS regarding any subsequent administrative appeal Plaintiff may ultimately file (pursuant to 8 C.F.R. § 336.2) in the event the application is denied.

3. If USCIS does not issue a decision on Plaintiff's application for naturalization within the time frame set forth above, Defendant shall not oppose any request by Plaintiff to this Court to vacate this remand order.

4. This action is DISMISSED without prejudice.

5. Each side shall bear its own attorneys' fees and costs.

Dated: January 17, 2025

HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

1